UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANET ROBINSON;<br><br>Plaintiff,<br><br>v.<br><br>CLEAR RECON CORP; WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-01874 KJM-CKD<br><br>**ORDER TO CONTINUE TIME TO AMEND COMPLAINT** |

Having read and considered the Stipulation to Continue Time to Amend Complaint, ECF No. 35, and with good cause appearing, the court approves the parties' stipulation and grants plaintiff an extension of time to amend her complaint up to and including July 2, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 35.

DATED: June 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE