Jeremy E. Shulman (# 257582)
 jshulman@afrct.com
ANGLIN FLEWELLING & RASMUSSEN LLP
301 N. Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR RECON CORP; WELLS FARGO BANK, N.A.; and DOES 1-10, Inclusively <br><br> Defendants. | CASE NO.: 2:20-CV-01874 KJM-CKD <br><br> Assigned to: Hon. Kimberly J. Mueller <br><br> **ORDER IN SUPPORT OF JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: September 17, 2020 |

Pursuant to Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Janet Robinson ("Plaintiff"), Joint Stipulation Extending Time to Respond to First Amended Complaint it is hereby ordered that Wells Fargo's time to respond to Plaintiff's first amended complaint is extended to August 30, 2021.

**IT IS SO ORDERED.**

DATED: August 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE