UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANET ROBINSON;<br><br>Plaintiff,<br><br>v.<br><br>CLEAR RECON CORP; WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-01874 KJM-CKD<br><br>**ORDER TO CONTINUE TIME TO AMEND COMPLAINT**<br><br>***Current Date***: June 30, 2022<br>***New Date***:   July 28, 2022<br>Time:<br>Courtroom:  3, 15th Floor<br>Judge:       Honorable Kimberly J. Mueller<br><br>Complaint Filed: September 17, 2020<br>Trial Date: None Set |

1

[PROPOSED] ORDER TO CONTINUE TIME TO AMEND COMPLAINT

**ORDER TO CONTINUE TIME TO AMEND COMPLAINT**

**THIS COURT**, having read and considered the Stipulation to Amend Complaint, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

Plaintiff may amend her complaint no later than July 28, 2022.

**IT IS SO ORDERED**:

DATED:  July 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE